PROBATION FORM NO 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    APR 2 8 2004

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

UNITED STATES OF AMERICA

v.                                       Crim. No.  2:03CR50186-001-PHX-MHM

Garcia, Raymond Ortiz


On __May 22, 2002__ the above named was placed on _probation_ for a period of _5_ years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from .


Respectfully submitted,

_____
Alicia R. Pineda
U. S. Probation Officer Assistant


### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 27th day of April, 2004.

_____
The Honorable Mary H. Murguia
United States District Judge

lew



# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on April 28, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification CodeW[DMSXy^WrX